UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NADER ABOUELMAKAREM

Plaintiff,

-against-

MAHMOUD MUSTAFA and SADIYA MUSTAFA

Defendants

Case No.: 2:23-cv-22209-JKS-JRA

**AFFIDAVIT OF SERVICE**

State of New York
      ss:
County of New York

Noah Auger, being duly sworn, deposes as follows:

1. I am not a party to this matter, am over the age of 18 and reside in the State of New York, County of Kings.

2. On **February 26, 2024,** I served a true and complete copy of the within **Notice Of Initial Pretrial Conference** upon the following parties herein:

Vivek Suri, Esq.
267 Fifth Avenue, Suite 1000
New York, NY 10016
*Counsel for Defendant Sadiya Mustafa*

Mahmoud Mustafa
1611 86th Street
North Bergen, NJ 07047
*Defendant*

3. Service was made by first-class mail by enclosing said documents in a postpaid sealed wrapper and depositing same in an official depositary under exclusive care and custody of the United States Postal Service within New York State.

_____
Noah Auger

Sworn to before me this
26th Day of February, 2024

_____
NOTARY PUBLIC

ANDREAS E. CHRISTOU
Notary Public - State of New York
No. 01CH6358331
Qualified in Schenectady County
My Comm. Expires May 8, 2025