NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NADER ABOUELMAKAREM, | Civil Action No. 23-22209 |
| *Plaintiff*, | |
| v. | **ORDER** |
| MAHMOUD MUSTAFA and SADIYA MUSTAFA, | June 30, 2025 |
| *Defendants*. | |

**SEMPER**, District Judge.

This matter having come before the Court on Plaintiff Nader Abouelmakarem's ("Plaintiff") Motion for Default Judgment (ECF 33) against Defendant Mahmoud Mustafa ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated June 30, 2025,

**IT IS** on this 30th day of June 2025,

1. **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 33) is **GRANTED**.

2. The Court shall reserve judgment on damages pending resolution of Plaintiff's Motion for Summary Judgment at ECF 50.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:   Clerk
cc:     José R. Almonte, U.S.M.J.
        Parties